IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-02768-WYD-MJW

HEATHER DAVIS,

    Plaintiff,

v.

JAMES ARUNDEL,
ALAN RUPE,
and KUTAK ROCK, LLP

    Defendants.

## ORDER OF RECUSAL

This matter is before me on a review of the file. On March 26, 2010, Ms. Janet Savage, counsel for Defendant Kutak Rock, LLP, entered her appearance. Due to the fact that Ms. Savage is a former professional colleague of mine as well as a personal friend, I believe it would be inappropriate for me to preside over this case. Accordingly, I find that I should recuse myself from the case. It is therefore

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

Dated: March 29, 2010

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief United States District Judge