**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  09-cv-02768-REB-MJW

HEATHER DAVIS,

      Plaintiff,

v.

KUTAK ROCK, LLP,
JAMES ARUNDEL, and
ALAN RUPE,

      Defendants.

---

### ORDER DISMISSING DEFENDANTS JAMES ARUNDEL AND ALAN RUPE, ONLY

---

**Blackburn, J.**

      The matter before me is **Plaintiff's Notice of Dismissal of Individual Defendants Pursuant To Fed.R.Civ.P. 41** [#23] filed March 31, 2010.  After careful review of the notice and the file, I conclude that the notice should be approved and that plaintiff's claims against defendants, James Arundel and Alan Rupe, should be dismissed without prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That  **Plaintiff's Notice of Dismissal of Individual Defendants Pursuant To Fed.R.Civ.P. 41** [#23] filed March 31, 2010, is **APPROVED**;

      2.  That plaintiff's claims against defendants, James Arundel and Alan Rupe, are **DISMISSED WITHOUT PREJUDICE**; and

3.  That defendants, James Arundel and Alan Rupe, are **DROPPED** as named parties to this litigation, and the case caption is amended accordingly.

Dated April 1, 2010, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge