IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 09-cv-02768-REB-MJW

HEATHER DAVIS,

Plaintiff(s),

v.

KUTAK ROCK, LLP,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 49) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 49-1) is APPROVED and made an Order of Court.

Date: August 30, 2010