IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 09-cv-02768-REB-MJW

HEATHER DAVIS,

     Plaintiff,

v.

KUTAK ROCK, LLP,

     Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal** [#65] filed October 29, 2010. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal** [#65] filed October 29, 2010, is **APPROVED**;

2. That the Trial Preparation Conference set for April 15, 2011, is **VACATED**;

3. That the jury trial set to commence May 2, 2011, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated November 1, 2010, at Denver, Colorado.

                                         BY THE COURT:

                                         */s/ Bob Blackburn*
                                         Robert E. Blackburn
                                         United States District Judge