IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02768-REB-MJW

**HEATHER DAVIS,**

Plaintiff,

v.

**KUTAK ROCK, LLP,**

Defendant.

---

### ORDER GRANTING KUTAK'S MOTION TO DEPOSIT FUNDS INTO COURT REGISTRY ( Docket No. 68 )

---

This matter comes before the Court on **Docket entry #68,** Kutak's Motion to Deposit Funds into Court Registry (filed under seal), and having found good cause shown and having found that the standards set forth in Fed. R. Civ. P. 67 and D.C.COLO.LCivR 67.2 have been met, the motion is GRANTED. Kutak shall deposit the amount stated in the motion into the Court registry within seven days of this order.

November 8, 2010

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

2033874.1