**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  09-cv-02768-REB-MJW

HEATHER DAVIS,

     Plaintiff,

v.

KUTAK ROCK, LLP,

     Defendant.

---

**MINUTE ORDER**[1]

---

The following matters are before the court for consideration: (1) the **Unopposed Motion By Lien Claimant To Withdraw Reply in Support of Motion For Attorney's Fees and Costs [#94]** [#95]; and (2) the **Motion By Lien Claimant For Leave To Submit Reply in Support of Motion For Attorney's Fees and Costs** [#96] both filed May 22, 2012.  After reviewing the motions and the file, the court has concluded that both motions should be granted.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That  the **Unopposed Motion By Lien Claimant To Withdraw Reply in Support of Motion For Attorney's Fees and Costs [#94]** [#95] filed May 22, 2012, is **GRANTED**;

     2.  That **Lien Claimant's Reply in Support of Motion For Attorney's Fees and Costs** [#94] filed May 21, 2012, is **WITHDRAWN**;

     3.  That the **Motion By Lien Claimant For Leave To Submit Reply in Support of Motion For Attorney's Fees and Costs** [#96] filed May 22, 2012, is **GRANTED**; and

     4.  That the **Lien Claimant's Reply in Support of Motion For Attorney's Fees and Costs** [#96-1] is accepted for filing.

     Dated:  May 23, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.