**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  09-cv-02768-REB-MJW

HEATHER DAVIS,

      Plaintiff,

v.

KUTAK ROCK, LLP,

      Defendant.

## ORDER FOR ENTRY OF JUDGMENT

**Blackburn, J.**

      This matter is before the court *sua sponte*.  On March 25, 2013, I entered an **Order Concerning Motion for Attorney Fees** [#103][1].  In that order, I awarded 14,414 dollars ($14,414) to lien claimant Diane S. King of King & Griesen, LLP.  Further, I ordered that the attorney's lien reflected in the claimant's **Notice of Lien** [#5] may be enforced in that amount against funds currently held in the court registry.

      Judgment must enter on the claim of the lien claimant.  The entry of judgment is necessary to ensure a clear record demonstrating the entry of a final order concerning attorney fees and the concomitant lien.  In addition, because funds related to the judgment are held in the court registry, I enter this order to direct the terms on which those funds shall be distributed.

---

[1] "[#103]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That **JUDGMENT SHALL ENTER** in favor of lien claimant, Diane S. King of King & Griesen, LLP, against plaintiff, Heather Davis, in the amount of 14,414 dollars ($14,414) plus interest, as specified below;

2. That to the extent funds currently held in the court registry and tethered to the claimant's **Notice of Lien** [#5] have accrued interest while held in the court registry, the clerk of the court **SHALL PAY** eighty per cent (80%) of the accrued interest to Diane S. King of King & Griesen, LLP, 1670 York Street, Denver, Colorado, 80206;

3. That the clerk of the court **SHALL PAY** the amount reflected in the judgment to Diane S. King of King & Griesen, LLP, 1670 York Street, Denver, Colorado, 80206, from funds currently held in the court registry and tethered to the claimant's **Notice of Lien** [#5]; and

4. That after making the required payments to Diane S. King of King & Griesen, LLP, the clerk of the court **SHALL REMIT** the balance of the principal and interest remaining in the court registry and tethered to the claimant's **Notice of Lien** [#5] to the plaintiff, Heather M. Davis, 2711 N. Sepulveda, #163, Manhattan Beach, California, 90266;

Dated March 27, 2013, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge