**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  09-cv-02768-REB-MJW

HEATHER DAVIS,

    Plaintiff,

v.

KUTAK ROCK, LLP,

    Defendant.

**FINAL JUDGMENT**

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order for Entry of Judgment** [#104] entered by Judge Robert E. Blackburn on March 27, 2013, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That **JUDGMENT IS ENTERED** in favor of lien claimant, Diane S. King of King & Griesen, LLP, against plaintiff, Heather Davis, in the amount of $14,414.00 plus interest, as specified below;

2. That to the extent funds currently held in the court registry and tethered to the claimant's **Notice of Lien** [#5] have accrued interest while held in the court registry, the clerk of the court **SHALL PAY** eighty per cent (80%) of the accrued interest to Diane S. King of King & Griesen, LLP, 1670 York Street, Denver, Colorado, 80206;

3. That the clerk of the court **SHALL PAY** the amount reflected in the judgment to Diane S. King of King & Griesen, LLP, 1670 York Street, Denver, Colorado, 80206, from

funds currently held in the court registry and tethered to the claimant's **Notice of Lien** [#5]; and

  4. That after making the required payments to Diane S. King of King & Griesen, LLP, the clerk of the court **SHALL REMIT** the balance of the principal and interest remaining in the court registry and tethered to the claimant's **Notice of Lien** [#5] to the plaintiff, Heather M. Davis, 2711 N. Sepulveda, #163, Manhattan Beach, California, 90266.

  DATED at Denver, Colorado, this 28th day of March, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler
  Edward P. Butler
  Deputy Clerk

BY THE COURT:

Robert E. Blackburn
United States District Judge